```
           UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

   IN RE:                                      CASE NO. 06 B 01962
      MICHAEL D TERRY
      JEANINE A TERRY                          CHAPTER 13

                                               JUDGE: A. BENJAMIN GOLDGAR
            Debtor
      SSN XXX-XX-2586      SSN XXX-XX-6274

   --------------------------------------------------------------------------------
                         TRUSTEE'S FINAL REPORT AND ACCOUNT
   --------------------------------------------------------------------------------
        Glenn Stearns, Chapter 13 Standing Trustee, submits the following
   Final Report and Account of the administration of the estate pursuant to
   11 USC 1302(b)(1).

      1.  The case was filed on 03/02/06 and confirmed on 05/12/06.

      2.  The case was dismissed after confirmation, 08/03/2007.

      3.  The Debtor paid a total of $  18500.00 .

      4.  The Trustee made disbursements to creditors as follows:


   --------------------------------------------------------------------------------
   CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                                 PAID            PAID
   --------------------------------------------------------------------------------
   WASHINGTON MUTUAL BANK     CURRENT MORTG          .00             .00             .00
   CAPITAL ONE AUTO FINANCE   SECURED           14633.00          984.22         8866.97
   CITIFINANCIAL              SECURED             300.00             .00          230.61
   RESURGENT CAPITAL SERVIC   UNSECURED           501.81           39.68           24.38
   ACTION CARD                UNSECURED         NOT FILED            .00             .00
   ECAST SETTLEMENT CORPORA   UNSECURED          1348.96           97.28           80.83
   B REAL LLC                 UNSECURED          3651.61          262.30          218.79
   JC PENNEY                  UNSECURED         NOT FILED            .00             .00
   ROUNDUP FUNDING LLC        UNSECURED          1674.46          120.74          100.33
   WELLS FARGO FINANCIAL BA   UNSECURED          4128.70          297.66          247.38
   WELLS FARGO FINANCIAL IN   UNSECURED          6238.23          449.80          373.78
   WASHINGTON MUTUAL BANK     MORTGAGE ARRE      2472.96             .00         2472.96
   CAPITAL ONE AUTO FINANCE   UNSECURED           339.33           17.80           14.10
   CAPITAL ONE BANK           UNSECURED           819.22           47.46           49.09
   ECAST SETTLEMENT CORPORA   UNSECURED           200.87           10.53            8.33
   ECAST SETTLEMENT CORPORA   UNSECURED          3086.47          222.52          184.94
   CITIFINANCIAL              UNSECURED          2443.78          176.23          146.42
               Summary of disbursements:
   --------------------------------------------------------------------------------
                     SECURED      PRIORITY     UNSECURED        OTHER          TOTAL
   --------------------------------------------------------------------------------
   TOTAL CLMS ALLOWED   17405.96         .00     24433.44            .00        41839.40
   PRINCIPAL PAID       11570.54         .00      1448.37            .00        13018.91
   INTEREST PAID          984.22         .00      1742.00            .00         2726.22
   TOTAL PAID           12554.76         .00      3190.37            .00        15745.13
   The Debtor's attorney, LEGAL HELPERS PC                 , was allowed $    2700.00
   and was paid $    511.00  direct and $   2189.00  through the plan.

   The Trustee received $     565.87 .

   Refunds to the Debtor totaled $       .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/15/07                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE